UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| **MONJASA A/S** | **CIVIL ACTION** |
| Plaintiff, | NO: _____ |
| vs. | SECTION "__" <br> Honorable _____ |
| **M/V UNITED MOJANDA, IMO NO. 9632612, Her Engines, Apparel, Furniture, Equipment, Appurtenances, Tackle, etc.,** *in rem*, | **MAGISTRATE (_)** <br> Honorable_____ |
| Defendant. | |

_____

**PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT**

NOW COMES Plaintiff, MONJASA A/S (hereinafter "Monjasa" or "Plaintiff"), against the M/V UNITED MOJANDA, IMO No. 9632612, her engines, apparel, furniture, equipment, appurtenances, tackle, etc. (hereinafter "M/V UNITED MOJANDA" or "the Vessel"), *in rem*, and alleges and pleads as follows:

**JURISDICTION AND VENUE**

**1.** Subject matter jurisdiction of this Honorable Court is based upon 28 U.S.C. § 1333 and the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301-31343. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

**2.** This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  Plaintiff invokes the maritime procedures and special relief provided

in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the arrest of the Vessel.

3. Jurisdiction is founded on the presence within the Eastern District of Louisiana of the M/V UNITED MOJANDA, which may be arrested and attached in accordance with the provisions of Rule C, as pled below.

## PARTIES

4. At all times material hereto, Monjasa was and still is a limited partnership organized under the laws of Denmark, with an office and place of business at Strevelingsvej 4, 7000 Fredericia, Denmark.

5. Defendant M/V UNITED MOJANDA, IMO No. 9632612, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., is registered under the laws of Liberia, and is and will be within the jurisdiction of the United States and this Honorable Court during the pendency of this action.

## FACTS

6. Monjasa is an international supplier of fuel oil to ships and other vessels.

7. Monjasa brings this action in order to recover amounts indisputably due and owing for 200 metric tons of IFO-380 grade bunker fuel Monjasa supplied to the Vessel on or about October 24, 2014 at Lome, Togo.

8. Monjasa's Bunker Confirmation, pursuant to which the fuel was ordered, states the fuel was for the account of "M/V UNITED MOJANDA master and/or owners and/or charterers and/or managers and/or operators and/or OW Bunker Germany GmbH." A copy of the Bunker Confirmation is attached hereto as Exhibit "A."

9. The Bunker Confirmation expressly incorporates Monjasa's General Terms and Conditions. See Exhibit "B."

**10.** The Bunker Confirmation required payment for the marine fuel within 30 calendar days of delivery and provides for the accrual of interest on any late payments at two percent (2%) per month. See Exhibits "A" and "B," Monjasa General Terms and Conditions 8(d).

**11.** Upon completion of delivery of the marine fuel to the Vessel, a Monjasa "Bunker Delivery Receipt" was signed by the Vessel's officer and/or representative and stamped with the official seal of the Vessel. See Exhibit "C."

**12.** As is confirmed by Monjasa Invoice No. 60608 dated October 27, 2014, the total amount owed by the Vessel to Monjasa for the delivery of the marine fuel is USD $125,709.40. See Exhibit "D."

**13.** Under the 30-day payment term of the Bunker Confirmation, the payment deadline for the October 24, 2014 delivery was November 21, 2014. See Exhibit "D." As of the date of filing this Original Verified Complaint, Monjasa has not received any payment. Consequently, the Vessel is in breach of the Bunker Confirmation.

**14.** By accepting the marine fuel and signing the Monjasa Bunker Delivery Receipt, the Vessel's officers and representatives acted on behalf of the Vessel and her Owner and/or Operator to procure bunkers, and thereby accepted the bunkers on behalf of, *inter alia*, the Vessel in compliance with the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301-31343.

**15.** The said bunkers delivered to the Vessel were necessary to the accomplishment of her mission, to wit: commercial trade as a vessel in maritime commerce. The Vessel's representatives at the time of the bunker deliveries discussed herein were authorized to order necessaries for the account and on the credit of the Vessel.

**16.** The Vessel has received the benefit of the aforementioned bunker deliveries and is indebted to Monjasa and obligated to pay for the aforementioned goods and services.

**17.** Monjasa performed all conditions precedent to warrant full and complete payment for the aforementioned services.

**18.** As a result of the foregoing, Monjasa possesses a maritime lien on the Vessel for the provision of necessaries, *i.e.* bunker fuel, enforceable in admiralty in accordance with the provisions of Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

**19.** Monjasa's Bunker Confirmation (via Monjasa's General Terms and Conditions, which are incorporated therein) and Invoice No. 60608 provide that interest will accrue on all unpaid balances at the rate of two percent (2%) per month, with interest calculated for each over due day. (See Exhibits "A," "B," and "D"). The total interest accrued as of February 17, 2015, is $7,207.34. See Exhibit "E."

**20.** Payment of all sums has been duly demanded by Monjasa from the Vessel. However, to date, the Vessel has neglected, failed or otherwise refused to pay the outstanding aggregate sum of USD $132,916.74 (including interest through February 17, 2015) and fees, which is indisputably due and owing to Monjasa for the bunkers under the relevant Sales Agreements.

## ALLEGATIONS IN SUPPORT OF VESSEL ARREST

**21.** Plaintiff repeats and re-alleges each and every allegation contained in paragraphs "1" through "20" and incorporates those allegations herein.

**22.** As a result of the Vessel's failure to pay the amounts owed to Monjasa for the bunkers supplied to the Vessel, Monjasa has a maritime lien on the Vessel for the amount of USD $132,916.74, plus future interest and fees, which is enforceable by this suit *in rem*.

**23.**     Accordingly, Monjasa seeks to enforce its maritime lien, pursuant to Rule C of the Supplemental Admiralty Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

**WHEREFORE PREMISES CONSIDERED**, Monjasa prays as follows:

A.     That process in due form of law, according to the practice of this Honorable Court in cases of admiralty and maritime jurisdiction, issue against the M/V UNITED MOJANDA, citing it to appear and answer under oath all, and singular, the matters, alleged in the Verified Complaint;

B.     That a warrant for the arrest of the M/V UNITED MOJANDA be issued and that the Vessel be seized by the U.S. Marshal to be held as security against any judgment to be entered herein against the M/V UNITED MOJANDA, engines, apparel, furniture, equipment, appurtenances, tackle, etc., *in rem*;

C.     That after due proceedings, judgment be entered in favor of Monjasa and against the M/V UNITED MOJANDA, engines, apparel, furniture, equipment, appurtenances, tackle, etc., *in rem*, for the amount of USD $132,916.74 as well as for post-judgment interest, costs, available attorney's fees, if any, and disbursements for this action;

D.     That the M/V UNITED MOJANDA, engines, apparel, furniture, equipment, appurtenances, tackle, etc., after her arrest be condemned and sold, free and clear of all liens and encumbrances, to satisfy the judgment, and that the Court award Monjasa out of the proceeds of the said sale, the full amount of its claim, together with interest, costs, and attorney's fees; and,

E.     That the Court grant Monjasa such other and further relief as may be just, equitable, and proper.

Respectfully submitted,

 */s/ T. Patrick O'Leary*
Andrew S. de Klerk (LA 1045), T.A.
T. Patrick O'Leary (LA 30655)
Brandon K. Thibodeaux (LA 32725)
**FRILOT L.L.C.**
3700 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3700
Phone:  504.599.8010
Fax:  504.599.8110
adeklerk@frilot.com
poleary@frilot.com
bthibodeaux@frilot.com
**Counsel Plaintiff, MONJASA A/S**

## CERTIFICATE OF SERVICE

This confirms that the United States Marshals Service has been or will be instructed to serve this application along with all other pleadings on the vessel at issue in accordance with Rule C of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims.

 */s/ T. Patrick O'Leary*
